IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



## MINUTE SHEET

Date: December 22, 2025					Motions Hearing

Judge: Leslie Abrams Gardner			Court Reporter: Lisa Snyder

Courtroom Deputy: Marcia Alvarez Benavidez		Law Clerk: Emani Brown

Case Number: 1:25-cv-181-LAG

Striplings General Store Inc				Counsel: Charles Landrum

V

Striplings Ops Tifton LLC d/b/a Tift Market, et al	Counsel: John Spurlin

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

Time in Court: 2 hs 32 mins

10:05 am – Convene. Counsel announces appearances.
10:07 am – Arguments. Pf. calls 1st witness, Lindsey Land. Pf. Exhibits a, c, e, g, h, d, b, f are admitted. Cross. Dft. Exhibits 22a and 22b are admitted. Re-direct. Re-cross. Witness excused. Pf. Rests. Dft. calls 1st witness, Thomas Coogle. Dft. Exhibits 12a through 12e, 13a, 13b, 13c, 14a through 14o, 15a through 15o, 16a, 16b, 17a, 17b, 18a through 18f, 19a through 19c, 20, 21. Cross. Pf. Exhibits j and k are admitted. Re-direct. Re-cross. Witness is excused. Dft. Rests. Arguments.
12:31 pm – Recess.
3:38 pm – Reconvene. Judge's ruling. Pf. Motion is denied.
3:44 pm – Adjourned.